**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:10CR237** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ANGEL AGUILERA-GALINDO,** | ) | |
| **RAFAEL VELAZQUEZ,** | ) | |
| **SANTIAGO CAMPOS,** | ) | |
| **JOEL JALAPA-ENRIQUEZ and** | ) | |
| **BRAULIO LARA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion to continue by defendant Santiago Campos (Campos) (Filing No. 66). Campos seeks a continuance of the trial scheduled for November 1, 2010. Campos's counsel represents that government's counsel has no objection to the motion Upon consideration, the motion will be granted and trial will be continued as to all defendants.

**IT IS ORDERED:**

1.    Campos's motion to continue trial (Filing No. 66) is granted.

2.    Trial of this matter as to all defendants  is re-scheduled for **November 30, 2010,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 8, 2010, and November 30, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 8th day of October, 2010.

BY THE COURT:


s/Thomas D. Thalken
United States Magistrate Judge